UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO CRUZ GARCIA,<br><br>                Petitioner,<br><br>       -v.-<br><br>JUDITH ALMODOVAR, *in her official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement*; MARKWAYNE MULLIN, *in his official capacity as Secretary, U.S. Department of Homeland Security*; PAUL ARTETA, *in his official capacity as the Orange County, New York Sheriff*; and TODD BLANCHE, *in his official capacity as Acting Attorney General, U.S. Department of Justice*,<br><br>             Respondents. | 26 Civ. 3144 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 17, 2026, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (the "Petition"). (*Cruz Garcia* Dkt. #1). That same day, the Court issued an Order that, among other things, directed Respondents to file a letter on or before April 20, 2026, providing various information, including whether this case is distinguishable from earlier cases this Court has decided. (*See Cruz Garcia* Dkt. #3). The Government timely filed that letter. (*See Cruz Garcia* Dkt. #5).

The Court appreciates the Government's prompt response. The Government concedes that cases this Court has already decided, including *Ortiz-Lopez* v. *Francis*, No. 25 Civ. 7985 (KPF), would control the result in this case. (*See Cruz Garcia* Dkt. #5). In *Ortiz-Lopez*, this Court granted Mr. Ortiz-

Lopez's petition for a writ of habeas corpus.  (*See Ortiz-Lopez* Dkt. #13).  As such, Mr. Cruz Garcia's Petition in this action is GRANTED for the reasons set forth on the record in the October 22, 2025 conference in *Ortiz-Lopez*.  (*See Ortiz-Lopez* Dkt. #15).

Respondents are ORDERED to release Petitioner from custody in the Southern District of New York on **April 21, 2026**.  *See Lopez Benitez* v. *Francis*, 795 F. Supp. 3d 475, 498-99 (S.D.N.Y. 2025).  Respondents may impose only the restraints on Petitioner's liberty that existed prior to his detention.  Respondents are further ORDERED to certify compliance with this ORDER no later than **5:00 p.m.** on **April 22, 2026**.  *See id.*; *Tuma Huamani* v. *Francis*, No. 25 Civ. 8110 (LJL), 2025 WL 3079014, at *9 (S.D.N.Y. Nov. 4, 2025).

Respondents are ENJOINED from re-detaining Petitioner without a valid exercise of discretion under 8 U.S.C. § 1226(a).  Respondents are further ENJOINED, absent an additional Court Order, from denying bond to Petitioner in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b).  It is further ORDERED that if Petitioner is granted bond, Respondents are ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2).  *See Rueda Torres* v. *Francis*, No. 25 Civ. 8408 (DEH), 2025 WL 3168759, at *6 (S.D.N.Y. Nov. 13, 2025).

2

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:    April 21, 2026
          New York, New York

KATHERINE POLK FAILLA
United States District Judge

3