**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
FRANCISCO CRUZ GARCIA,

                     Petitioner,           26 **CIVIL** 3144 (KPF)

      -against-                          **JUDGMENT**

JUDITH ALMODOVAR, in her official capacity
as Acting Field Office Director, New York City
Field Office, U.S. Immigration & Customs
Enforcement; MARKWAYNE MULLIN, in his
official capacity as Secretary, U.S. Department
of Homeland Security; PAUL ARTETA, in his
official capacity as the Orange County, New
York Sheriff; and TODD BLANCHE, in his
official capacity as Acting Attorney General,
U.S. Department of Justice,

                    Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 21, 2026, Mr. Cruz Garcia's Petition in this action is

GRANTED for the reasons set forth on the record in the October 22, 2025 conference in *Ortiz-*

*Lopez*; accordingly, the case is closed.


**DATED:** New York, New York
          April 21, 2026


                              **TAMMI M. HELLWIG**
                          _____
                                **Clerk of Court**

              **BY:**  _____
                                **Deputy Clerk**