**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 22, 2026

By ECF
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: ***Francisco Cruz Garica v. Judith Almodovar* et. al, No. 26 Civ. 3144 (KPF)**

Dear Judge Failla:

This Office represents the government in the above-referenced immigration habeas corpus action, brought by petitioner Francisco Cruz Garcia ("Petitioner"). On April 21, 2026, the Court granted Petitioner's habeas petition and ordered the government to release him on April 21, 2026. ECF No. 6. The Court further ordered the government to certify compliance with the Court's order with a filing on the docket by 5:00 p.m. on April 22, 2026. *Id.*

I write respectfully to inform the Court that, pursuant to the Court's order, Petitioner was released from ICE custody on April 21, 2026, at approximately 4:09 PM.

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Erica Silverman*
ERICA SILVERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2696
E-mail: erica.silverman@usdoj.gov

cc: Counsel of Record (by ECF)

The Court thanks the Government for the above update.

SO ORDERED.

Dated: April 22, 2026
New York, New York

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE